Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **STATE OF ILLINOIS**      ) | |
| ) | |
| ) | |
| vs.                                         ) | Case Number:  **13-3104** |
| ) | |
| ) | |
| **AAA WINDOW & SIDING, Inc**  ) | |

### JUDGMENT  IN A CIVIL CASE

  **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


 XX **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


       **IT IS ORDERED AND ADJUDGED** pursuant to a Final Judgment and Consent Decree entered by the Honorable Richard Mills on May 9, 2013,  the Court enters a judgment in favor of plaintiff and against the defendant in the amount of $3,000 to the Attorney General Court Ordered and Voluntary Compliance Payment Projects Fund and may be used by the Illinois Attorney General for any purpose authorized by section 7(e) of the Consumer Fraud Act. Jurisdiction is retained by this court for the purpose of enforcing this Final Judgment and Consent Decree (See Written Final Judgment and Consent Decree).--------------------


**Dated:**  May 9, 2013


                                                                        s/ Kenneth A. Wells
                                                                        Kenneth A. Wells
                                                                        Clerk, U.S. District Court